# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **GLEN K. ALLEN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HEIDI BEIRICH,** *et al.*,<br><br>    **Defendants.** | **Case No.:  1:18-cv-03781-CCB** |

## SPLC DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants the Southern Poverty Law Center and Heidi Beirich (together, "SPLC") hereby move to dismiss with prejudice all claims against them in Plaintiff Glen Allen's Complaint, ECF Dkt. 1, for failure to state a claim as a matter of law.  The reasons in support of this Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, SPLC requests that the Court dismiss all claims in the Complaint, with prejudice, and grant any other relief as the Court deems just, equitable, and proper.

Dated:  March 4, 2019    Respectfully submitted,

*/s/  Chad R. Bowman*
Chad R. Bowman (Fed. Bar No. 18305)
Elisabeth R. Connell (Fed. Bar No. 19480)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Phone:  (202) 508-1120
Facsimile:  (202) 661-2299
Email:  *bowmanchad@ballardspahr.com*
          *connelle@ballardspahr.com*

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2019, I caused a true and correct copy of the foregoing SPLC Defendants' Motion to Dismiss, with all attachments, to be served via the court's Electronic Case Filing system on:

| | |
|---|---|
| Glen K. Allen<br>502 Edgevale Road<br>Baltimore, MD 21210<br><br>*Pro se Plaintiff* | Frederick C. Kelly<br>Law Offices of Frederick C. Kelly<br>28 Roe Circle<br>Monroe, NY 10950<br><br>*Counsel for Plaintiff* |

                                                */s/ Chad R. Bowman*
                                                Chad R. Bowman