# Exhibit C

# WHITE SUPREMACISTS CELEBRATE TRUMP'S VICTORY

**SPLC DOCUMENTED MORE THAN 1,000 HATE INCIDENTS AFTER THE ELECTION**

The Southern Poverty Law Center is the nation's leading source for reliable analysis of the radical right. Hate and antigovernment extremist groups continue to operate at alarming levels in the U.S. – fomenting racist violence, seeking to poison our democracy, and, in some cases, plotting domestic terrorist attacks.

V1702



The SPLC "is one of the best sources of empirical data and information about extremist political activity in the United States …"

– *The Washington Post*

### RADICAL RIGHT JUBILANT OVER TRUMP'S ELECTION



AP IMAGES / PAT CARTER   TWITTER

The Southern Poverty Law Center exposed 917 active hate groups and 623 antigovernment groups operating in the United States last year. This information is based on the SPLC's research. All hate groups have beliefs or practices that attack or malign an entire class of people, typically for their immutable characteristics. For specific details about hate groups in your state, go to WWW.SPLCENTER.ORG/HATEMAP

## 917
**ACTIVE HATE GROUPS IN U.S.**

| | | |
|---|---|---|
| ★ | BLACK SEPARATIST | 193 |
| ▲ | KU KLUX KLAN | 130 |
| ● | ANTI-MUSLIM | 101 |
| ● | WHITE NATIONALIST | 100 |
| ⚛ | NEO-NAZI | 99 |
| ● | RACIST SKINHEAD | 78 |
| ▼ | ANTI-LGBT | 52 |
| ✕ | NEO-CONFEDERATE | 43 |
| ♛ | CHRISTIAN IDENTITY | 21 |
| ○ | GENERAL | 100 |



**SPLC** Southern Poverty Law Center

# THE SPLC'S HARD-HITTING, THREE-POINT STRATEGY TO COMBAT HATE CRIMES & EXTREMISTS

## 1  SEEKING JUSTICE



The SPLC is internationally known for its work toppling some of the nation's largest white supremacist hate groups by helping victims of racist violence sue in civil court. The groups usually don't have much money, but the judgments won by the SPLC have effectively put them out of business.

The SPLC never takes any part of our clients' awards, and we accept no legal fees or government funding.

*"Morris Dees of the Southern Poverty Law Center has a long and distinguished record of fighting for civil rights."*
— Ted Koppel, journalist

SPLC founder Morris Dees with Billy Ray Johnson, a hate crime victim who suffered permanent brain damage.

### 2015  SPLC SUES OVER DEADLY HATE CRIME
The SPLC won justice for the family of James Anderson, who was killed because he was black. One attacker yelled "White power!" while beating Anderson. The ringleader hit Anderson with his truck and boasted that he "ran that n----r over." The case ended with guilty pleas from all 10 defendants.

### 2012  TAKING DOWN THE IMPERIAL KLANS OF AMERICA
The SPLC won a crushing $2.5 million verdict against notorious Imperial Klans of America leader Ron Edwards and his chief lieutenant for the brutal beating of a minority teenager in Kentucky. The victory was later upheld on appeal.

### 2010  FIGHTING FOR THE FAMILY OF BERNARD MONROE

The SPLC sued on behalf of survivors of Bernard Monroe, a black man shot to death by a white police officer during a family reunion.

### 2007  WINNING JUSTICE FOR BILLY RAY JOHNSON

A jury awarded $9 million to a mentally challenged black man who suffered permanent brain damage after a racially motivated beating by four young white men in Linden, Texas. The attackers received only a slap on the wrist from the local judicial system.

### 2005  CRUSHING BORDER VIGILANTES
Ranch Rescue, a vigilante "border patrol" that terrorized Latinos, was shattered and one of its leaders sent to prison after a prolonged legal battle by SPLC attorneys and law enforcement officials in Texas and Arizona. The SPLC sued on behalf of two Salvadorans assaulted on a Texas ranch.

### 2000  CLOSING ARYAN NATIONS COMPOUND
A $6.3 million jury verdict forced Aryan Nations leader Richard Butler to give up the organization's 20-acre compound that had served for decades as the home of violent white supremacists. The compound was seized and destroyed after the verdict.

### 1998  MAKING THE KLAN PAY IN SOUTH CAROLINA

A $21.5 million verdict against the Christian Knights of the Ku Klux Klan was the largest ever against a hate group. The SPLC sued on behalf of Macedonia Baptist Church, one of several black churches burned by Klan arsonists in the mid-1990s.

## 2  TEACHING TOLERANCE



Impressionable children are constantly exposed to bigotry and hate – at school, in the media, and sometimes at home. The SPLC's Teaching Tolerance program is providing practical ways to promote an appreciation of diversity in classrooms. Each year we touch the lives of millions of students with free, award-winning materials – lesson plans, classroom films, and more – helping to create a more tolerant society by teaching children to respect and celebrate differences.

*"The SPLC's Teaching Tolerance program is "a winner [among] programs providing moral education."*
— Newsweek

Millions of students learn lessons of tolerance using the SPLC's anti-bias materials.

### Distributing More Than One Million Free Educational Materials Every Year



- **400,000** *Teaching Tolerance* magazines mailed to educators twice annually
- **225,000** Classroom activity guides sent to educators in the last 5 years
- **470,000** award-winning documentary films and teaching kits sent to educators in the last 5 years
- **MORE THAN 40,000** DVDs of *Selma: The Bridge to the Ballot* distributed to educators this school year

NUMBER OF TEACHING TOLERANCE MAGAZINES DELIVERED: 1,000 – 4,999 | 5,000 – 9,999 | 10,000 +



Our report, *The Trump Effect*, fostered a nationwide discussion about the negative impact the presidential campaign had on the nation's children and classrooms.

Teachers told us that many children of color feared being deported. They also reported a sharp increase in the bullying of children whose races, religions, or nationalities had been the verbal targets of Trump.

After issuing the report, we took action by devising classroom strategies and resources to help children reject prejudice and treat all of their classmates with respect. That work will continue into the Trump administration.

## 3  FIGHTING HATE



The SPLC tracks hate groups and other extremists throughout the United States and exposes their activities to law enforcement agencies, the media, and the public. We publish our investigative findings online, on our Hatewatch blog, and in the *Intelligence Report*, our free award-winning journal.

*The SPLC is "one of the most respected anti-terror organizations in the world."*
— The National Review

The SPLC exposed 917 active hate groups, including 130 KKK organizations, in 2016.

### STANDING UP TO HATE DURING THE TRUMP PRESIDENCY
Haters of all stripes are celebrating Trump's election, and some are interpreting his victory as a license to harass and intimidate minorities. Since Election Day, we've tracked more than a 1,000 hate incidents and exposed Trump's anti-immigrant, anti-Muslim, and anti-LGBT advisers. His most trusted adviser, Stephen Bannon, turned Breitbart News into a "cesspool for white supremacists," according to his former colleague. Bannon helped write Trump's executive order banning Muslim refugees from entering the U.S. and was apparently personally responsible for including green card holders — legal permanent residents — in the ban.

 

### EXPOSING RACISTS WHO INFILTRATE PUBLIC INSTITUTIONS
Hate group members and followers of their ideologies sometimes manage to obtain important positions of power. When the city of Baltimore recently hired Glen Keith Allen, a neo-Nazi, nobody knew of his involvement with white supremacist groups, except for us. Because of our investigation and exposé, he was swiftly fired.

### PROVIDING FREE LAW ENFORCEMENT TRAINING, RESOURCES

Law enforcement relies on the SPLC to help combat domestic terrorism. We train thousands of law enforcement officials each year, support agencies as they solve or build cases against extremists, and provide resources — including training videos and our publications — all free of charge.

*"I teach a class concerning officer safety and I think your Understanding the Threat video could save some lives."*
— Los Angeles Detective

ACQ 1702 Trump Hate Map BACK • 18" x 12" • CMYK