IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Glen K. Allen, | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:18-cv-03781-CCB |
| Heidi Beirich, et al. | * | |
| **Defendant.** | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Terrell N. Roberts, III, am a member in good standing of the bar of this Court. I am moving the admission of Charles Gardner Mills IV to appear pro hac vice in this case as counsel for proposed amici curiae.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York - all courts - Dec 6, 1967 | US Supreme Ct. Sep 14, 1977 |
| | USCA, 2nd Cir. Jul 22, 1975 |
| | USCA, 7th Cir. Nov 2, 2005 |
| | USCA, Fed. Cir. Feb 28, 1997 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  zero  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/ Terrell N. Roberts, III*

Signature

Terrell N. Roberts, III #01091

Printed name and bar number

Roberts & Wood

Office name

6801 Kenilworth Ave., Suite 202, Riverdale, MD 20737

Address

(301) 699-0764

Telephone number

(301) 699-8706

Fax Number

troberts@robertsandwood.com

Email Address

PROPOSED ADMITTEE

*/s/ Charles Gardner Mills IV*

Signature

Charles Gardner Mills IV

Printed name

Charles G. Mills

Office name

210 Virginia Ave. Front Royal, VA 22630

Address

(540) 749-2383

Telephone number

None

Fax Number

CGMills@aol.com

Email Address