UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **GLEN K. ALLEN,** * | |
| * | |
| **Plaintiff,** * | |
| * | CIVIL ACTION NO.   CCB 18-3781 |
| v. * | |
| * | HON.  CATHERINE C. BLAKE |
| **HEIDI BEIRICH,  MARK POTOK,** * | |
| **and THE SOUTHERN POVERTY** * | |
| **LAW CENTER, INC.** * | |
| * | |
| **Defendants** * | |

## PLAINTIFF GLEN K. ALLEN'S REQUEST FOR A HEARING

In accordance with Local Rule 105.6, Plaintiff Glen K. Allen requests a hearing on the Defendants' two motions to dismiss.

Respectfully submitted,

_____ /s _____

Glen K. Allen, Bar No. 06150

_____ /s _____

Fred C. Kelly, Admitted pro hac vice

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2019, I caused a true and correct copy of the foregoing Request for a Hearing to be served via the court's Electronic Case Filing system on: Chad R. Bowman, Esq. and Elizabeth R. Connell, Esq., counsel for all defendants.

---------/ s /-----------

Glen K Allen, Esq. and Pro Se