IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Glen K. Allen | * | |
| | * | Civil Action No. CCB-18-3781 |
| v. | * | |
| | * | |
| Heidi Beirich, *et al.*, | * | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The defendants' motions to dismiss (ECF Nos. 9 and 10) are GRANTED;

2. The plaintiff's complaint is DISMISSED;

3. The Clerk shall SEND copies of this Order and the accompanying Memorandum to Glen K. Allen and counsel of record; and

4. The Clerk shall CLOSE this case.

_____11/13/19_____  
Date

_____CCB_____  
Catherine C. Blake  
United States District Judge